No. 584. SCHMITT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Edward R. Kirkland* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Mervyn Hamburg* for the United States.

No. 579. CURTISS-WRIGHT CORP. *v.* BRANIFF AIR-WAYS, INC. C. A. 2d Cir. Certiorari denied. *George Warner Clark* for petitioner.

No. 586. STANLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Robert W. Stanley,* petitioner, *pro se. Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Leonard H. Dickstein* for the United States.

No. 589. CURIALE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Theodore Rosenberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 594. FERGUSON *v.* FOUNTAIN. Sup. Ct. Tex. Certiorari denied. *Charles L. Cobb* for petitioner. *Buck W. McNeil* for respondent.

No. 604. WEBER *v.* AOKI, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Robert G. Dodge* for petitioner. *James M. Morita* for respondent.

No. 605. BEACON JOURNAL PUBLISHING CO. *v.* AKRON TYPOGRAPHICAL UNION No. 182 ET AL. C. A. 6th Cir. Certiorari denied. *Charles R. Iden* for petitioner. *R. C. Sheppard* for respondents.